STATE OF NEW JERSEY v. SRENTEN (SRETEN) VUJOSEVIC.

March 29, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 435)

STATE OF NEW JERSEY v. ELIZABETH REDDING.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. SUSAN PERRY.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN L. JOHNSON.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES R. JENNINGS.

March 29, 1985.

Petition for certification denied.